UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00771
    TINA L PITTMAN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

              Debtor
    SSN XXX-XX-6614


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/17/2007 and was confirmed 04/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

     The case was dismissed after confirmation 07/30/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DOVENMUEHLE MORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| DOVENMUEHLE MORTGAGE INC | MORTGAGE ARRE | .00 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | 6800.00 | 169.75 | 1630.25 |
| DRIVE FINANCIAL SERVICES | UNSECURED | 3033.48 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 11795.78 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | 603.26 | .00 | .00 |
| MIDLAND CREDIT MANAGMENT | UNSECURED | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| MAJESTIC STAR CASINO | UNSECURED | NOT FILED | .00 | .00 |
| SAFEWAY | UNSECURED | NOT FILED | .00 | .00 |
| FIRST AMERICAN MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 193.99 | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | 25.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| INFISTAR | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST CONSUMERS NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 482.66 | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLES MANAGEMENT | UNSECURED | 480.00 | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| EMPRESS RIVER CASINO COR | UNSECURED | 674.93 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 795.13 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 248.57 | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | 700.00 | .00 | .00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00771 TINA L PITTMAN

```
BROTHER LOAN & FINANCE    UNSECURED        283.46              .00           .00
MERRICK BANK              UNSECURED       2000.00              .00           .00
ROUNDUP FUNDING LLC       SECURED NOT I  23275.08              .00           .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT    306.33              .00        306.33
ROBERT J ADAMS & ASSOC    DEBTOR ATTY    2,500.00                         512.49
TOM VAUGHN                TRUSTEE                                         176.68
DEBTOR REFUND             REFUND                                          479.80
```

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
```
TRUSTEE                  3,275.30

PRIORITY                                      306.33
SECURED                                     1,630.25
     INTEREST                                 169.75
UNSECURED                                        .00
ADMINISTRATIVE                                512.49
TRUSTEE COMPENSATION                          176.68
DEBTOR REFUND                                 479.80
                        ---------------    ---------------
TOTALS                   3,275.30             3,275.30
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                          /s/ Tom Vaughn
  Dated: 10/18/07         _____
                          TOM VAUGHN
                          CHAPTER 13 TRUSTEE